```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 20668
   LATONIA C WILLIAMS
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-1529

------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 05/27/2004 and was confirmed 10/20/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  22.07%.

     The case was paid in full 08/27/2008.
------------------------------------------------------------------------
CREDITOR NAME                CLASS         CLAIM AMOUNT      INTEREST         PRINCIPAL
                                                               PAID             PAID
------------------------------------------------------------------------
TRIAD FINANCIAL              SECURED          4050.00         415.48          4050.00
TRIAD FINANCIAL              UNSECURED        2146.14            .00           473.71
ILLINOIS DEPARTMENT OF E     PRIORITY        NOT FILED          .00              .00
ACCOUNTS RECEIVABLE SERV     UNSECURED        3361.18            .00           741.90
CAPITAL ONE BANK             UNSECURED       NOT FILED          .00              .00
CROSSING POINTE              UNSECURED         121.21            .00            26.75
MIDNIGHT VELVET              UNSECURED         157.83            .00            34.84
QUEST DIAGNOSTICS            UNSECURED       NOT FILED          .00              .00
SEARS ROEBUCK & CO           UNSECURED       NOT FILED          .00              .00
SEVENTH AVENUE               UNSECURED         184.48            .00            40.72
DR. SALVATORE FANTO          UNSECURED        6011.80            .00          1326.96
SEARS                        NOTICE ONLY    NOT FILED          .00              .00
ACCOUNTS RECEIVABLE SERV     NOTICE ONLY    NOT FILED          .00              .00
ERNESTO D BORGES JR          DEBTOR ATTY      2,200.00                        2,200.00
TOM VAUGHN                   TRUSTEE                                            589.69
DEBTOR REFUND                REFUND                                                .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                     RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE              9,900.05

PRIORITY                                       .00
SECURED                                   4,050.00
   INTEREST                                 415.48
UNSECURED                                 2,644.88
ADMINISTRATIVE                            2,200.00
TRUSTEE COMPENSATION                        589.69
DEBTOR REFUND                                  .00
                     --------------     --------------
TOTALS               9,900.05             9,900.05

                PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 04 B 20668 LATONIA C WILLIAMS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 11/20/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |